UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RODDERICK D. JACKSON,**

   Plaintiff,

v.                                                No. 4:23-cv-0572-P

**XANDERS MULTI-FAMILY &
MANAGEMENT,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 16. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

   The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

   **SO ORDERED** on this **1st day** of **November 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE