UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RODDERICK D. JACKSON,**

   Plaintiff,

v.    No. 4:23-cv-0572-P

**XANDERS MULTI-FAMILY &
MANAGEMENT,**

   Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 17), the Court **ORDERS** that this civil action is **DISMISSED without prejudice**.

**SO ORDERED** on this **1st day** of **November 2023.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE